598

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN W. IMMERMAN, DEFENDANT-RESPONDENT.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Messrs. Harkavy & Lieb* and *Mr. Ronald M. Sturtz* for the respondent.

February 26, 1962. Denied.

MARY D. JOHNSON, PLAINTIFF-RESPONDENT, v. JOSEPH SOUZA, Sr., ET AL., DEFENDANTS-PETITIONERS.

See same case below: 71 *N. J. Super.* 240.

*Messrs. Breslin & Breslin* and *Mr. Sidney Dincin* for the petitioners.

*Mr. Sollie Wolfman* and *Mr. Russell H. Hulsizer* for the respondent.

February 26, 1962. Denied.